#              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NO. Z178324-004APD, | ) ) ) ) |
| and | ) ) |
| AMLIN UNDERWRITING, LTD. | ) ) |
| Plaintiffs | )   Civil Action No. 1:18cv1383 (LMB/JFA) ) ) |
| v. | ) ) ) |
| DEOL TRANSPORT, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the order of this Court entered on <u>October 24, 2019</u> and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of plaintiffs Certain Underwriters at Lloyd's London Subscribing to Certificate No. Z178324-004APD and Amlin Underwriting, Ltd.

                                          FERNANDO GALINDO, CLERK

                                          By:_____/s/_____
                                              Y. Guyton, Deputy Clerk

Dated: 10/24/2019
Alexandria, Virginia